UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.3:11-00113 |
| | ) | JUDGE CAMPBELL |
| WILLIAM BATTLE | ) | |

ORDER

Pending before the Court is a Motion for Release of Pretrial Services Report (Docket No. 36). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE