UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00113 |
| | ) | JUDGE CAMPBELL |
| WILLIAM BATTLE | ) | |

## ORDER

Pending before the Court is a Motion for Release of Pretrial Services Report (Docket No. 51) to the United States Probation Office. The Motion is DENIED. No reason is asserted in support of the Motion. In addition, the Court notes that the Pretrial Services Report was produced by the United States Probation Office and that Office should already have a copy.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE